

IN THE
TENTH COURT OF APPEALS

No. 10-15-00238-CV

TEXAS A&M UNIVERSITY,

Appellant

v.

JORGE RIOS,

Appellee

From the 272nd District Court
Brazos County, Texas
Trial Court No. 14-002015-CV-272

ORDER

Appellant's Motion to Substitute Counsel is granted. The Court designates

Jeffery R. Johnson as lead counsel for appellant in this appeal.


PER CURIAM

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Motion granted
Order issued and filed August 27, 2015

